UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MICHAEL HANDY,

    Plaintiff,

v.

J. TAYLOR, et al.,

    Defendants.

Case No. 20-cv-00305-YGR (PR)

**ORDER GRANTING PLAINTIFF'S REQUEST FOR EXTENSION OF TIME TO FILE AMENDED COMPLAINT; GRANTING IN PART HIS REQUEST FOR COPY OF COMPLAINT; DENYING HIS REQUEST FOR TRANSCRIPTS; AND DENYING HIS REQUEST FOR APPOINTMENT OF COUNSEL**

Plaintiff, a state prisoner, filed the instant *pro se* prisoner complaint under 42 U.S.C. § 1983. Before the Court are Plaintiff's motions, including the following: (1) his motion for an extension of time to file his amended complaint; (2) motion for a copy of the complaint; (3) motion for transcripts; and (4) motion for appointment of counsel. *See* Dkt. 19.

**I.    MOTION FOR EXTENSION OF TIME TO FILE HIS AMENDED COMPLAINT**

The Court has dismissed Plaintiff's complaint with leave to amend. Plaintiff has filed a request for extension of time to file his amended complaint.

Good cause appearing, the request is GRANTED. Plaintiff shall file his amended complaint on or by **September 30, 2020**. **If Plaintiff fails to file an amended complaint by the deadline above, this action will be dismissed without prejudice.**

**II.    MOTION FOR A COPY OF THE COMPLAINT**

Plaintiff's motion for a copy of the complaint is only GRANTED in part. The Clerk of the Court is directed to copy pages 1 through 15 of his complaint and send them to Plaintiff along with his copy of this Order. Plaintiff must pay for the xerox copying of all other pages of the complaint, including all attached exhibits. The Clerk shall enclose a form for Plaintiff to request any additional copies and make a payment for such copies. Plaintiff may submit the enclosed form requesting copies and make payments for any additional documents to the Clerk. Once payment is received, the Clerk will send Plaintiff a copy of the documents he requests.

### III. REQUEST FOR TRANSCRIPTS

Plaintiff also asks the Court to order the state court to provide him with copies of the transcripts from *People v. Handy*, Del Norte County Superior Court Case No. CRPB 19-5099 "at no charge." Dkt. 19 at 9. The Court cannot order the state court to provide free copies of transcripts to Plaintiff. Nor can this Court pay for such transcripts. Although the Court granted Plaintiff leave to proceed *in forma pauperis*, "'the expenditure of public funds [on behalf of an indigent litigant] is proper only when authorized by Congress.'" *Tedder v. Odel*, 890 F.2d 210, 211 (9th Cir. 1989) (quoting *United States v. MacCollom*, 426 U.S. 317, 321 (1976). The expenditure of public funds for such transcripts is not authorized by the *in forma pauperis* statute or any other statute. *See* 28 U.S.C. § 1915. Accordingly, Plaintiff's request for transcripts is DENIED.

### IV. MOTION FOR APPOINTMENT OF COUNSEL

Plaintiff's motion for appointment of counsel is DENIED for want of exceptional circumstances. *See Rand v. Rowland*, 113 F.3d 1520, 1525 (9th Cir. 1997); *see also Lassiter v. Dep't of Social Services*, 452 U.S. 18, 25 (1981) (there is no constitutional right to counsel in a civil case). This denial is without prejudice to the Court's *sua sponte* appointment of counsel at a future date should the circumstances of this case warrant such appointment.

This Order terminates Docket No. 19.

IT IS SO ORDERED.

Dated: September 4, 2020

_____
YVONNE GONZALEZ ROGERS
United States District Judge